UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No. 24-73789 (AST)

GOLDNER CAPITAL MANAGEMENT LLC, <u>et</u> <u>al.</u>,    (Jointly Administered)

Debtors.
-------------------------------------------------------------X

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO
BANKRUPTCY CODE SECTION 329(a) AND BANKRUPTCY RULE 2016(b)**

The undersigned, pursuant to U.S.C. §329(a) and Bankruptcy Rule 2016(b), states that:

(1) **The undersigned is the attorney for LHW Master Tenant LLC (the "Debtor"), assigned case number 24-73794-AST.**

(2) The compensation paid or agreed to be paid by the Debtor to the undersigned is as follows:

    (a) a retainer for legal services rendered or to be rendered in contemplation of and in connection with this case:                          $50,000.00

    (b) the court filing fee in this case:                  $ 1,738.00

    (c) prior to filing this statement, the Debtor has paid:        $51,738.00

    (d) the unpaid balance due and payable for services rendered will be determined prospectively.

(3) The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under Chapter 11 of Title 11 of the United States Code;

    (b) preparation and filing of the petition, schedules, statements of affairs and other documents required by the Court, applications, motions and a chapter 11 plan as applicable.

    (c) preparation of all necessary retention applications and affidavits for the retention of professionals in this case;

    (d) representation of the Debtor at the meeting of creditors and in all appearances before the Bankruptcy Court including, but not limited to, any motion or hearing related to the plan, disclosure statement, proofs of claim, leases, etc.

(4) The source of payments made by the Debtor to the undersigned was made by: Samuel Goldner.

(5) The source of payments to be made by the Debtor to the undersigned for the unpaid balance remaining, if any, will be from the Debtor or as otherwise agreed.

(6) The undersigned has received no transfer, assignment or pledge or property.

(7) The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm any compensation paid or to be paid.

Dated:  Wantagh, New York
        October 31, 2024

            Respectfully Submitted:        *s/ Gary F. Herbst*
                                           Gary F. Herbst, Esq.
                                           A Member of the Firm
                                           LaMonica Herbst & Maniscalco, LLP
                                           3305 Jerusalem Avenue
                                           Wantagh, New York 11793
                                           (516) 826-6500